

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-18-00069-CV

Carter Wind Energy and Texas
Central Resources LLC

v.

Erwin Lee Harvey, Sr. and Jay
Warne Carter, Jr.

§ From the 78th District Court

§ of Wichita County (181,517-B)

§ May 24, 2018

§ Per Curiam

## JUDGMENT

This court has considered the record on appeal in this case and holds that

the appeal should be dismissed.  It is ordered that the appeal is dismissed.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM